UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6125

CIV-SEITZ

MAGISTRATE JUDGE GARBER

ALBERT H. BOLLING,

    Plaintiff,

v.

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and
severally,

    Defendants.
_____/

CASE NO.:

MAGISTRATE JUDGE:

### NOTICE OF REMOVAL

Defendants, City of Miramar, Vicki Coceano, James Lind, Bruce Kessling, and Mike Rinaldi, through counsel and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, file their notice of removal of this action to the United States District Court for the Southern District of Florida, and state the following as grounds in support of removal:

    1.  Plaintiff filed in state court a complaint for damages on August 25, 1999 and served it upon Defendants James Lind, Bruce Kessling, and Vicki Coceano on December 15 and 16, 1999.[1]

---

[1] Undersigned counsel has been retained to represent all defendants in this matter, but is unaware of service on defendants City of Miramar and Rinaldi.

(The complaint and service signatures are attached hereto as Exhibit "A".)

2.  On its face, the complaint is a civil action for damages founded on a claim or right arising under the Constitution, treaties, or laws of the United States. Specifically, Plaintiff's primary claim is an alleged violation of civil rights pursuant to 42 U.S.C. § 1983.

3.  Plaintiff's civil rights claim falls within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Therefore, the entire case may be removed by Defendants pursuant to 28 U.S.C. § 1441(c).

4.  As further support for removal, this action has been previously removed to and dismissed by this Court without a substantial change in issue or parties.[2]

5.  Defendants have filed this notice within thirty days of service of the summons and complaint and have acted timely pursuant to 28 U.S.C. § 1446(b).[3]

---

[2] Defendants have contemporaneously filed a Notice of Prior Similar Action based upon an order of dismissal entered by the Honorable Patricia A. Seitz in case no. 98-6945-CIV-SEITZ.

[3] Despite the apparent lack of service on all defendants, counsel has filed this notice in an abundance of caution in order to comply with 28 U.S.C. § 1446(b), which mandates that such notice be filed within thirty days of service of the initial pleading. All defendants have similar interests in the outcome of this litigation and the "unserved" defendants have no objection to removal.

6.  Defendants have filed this Notice of Removal with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this action be removed from the Circuit Court of the Seventeenth Judicial Circuit to the United States District Court for the Southern District of Florida.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 14th day of January, 2000, to Sheldon Zipkin, 2020 N.E. 163 Street, Suite 300, North Miami Beach, Florida, 33162.

> WEISS SEROTA HELFMAN
> PASTORIZA & GUEDES, P.A.
> Attorneys for Plaintiff
> 1132 Southeast 2nd Avenue
> Ft. Lauderdale, FL 33316
>
> Telephone: (954) 763-4242
> Telecopier: (954) 764-7770
>
> By: _____
> Edward G. Guedes
> Florida Bar No: 768103
> Mitchell J. Burnstein
> Florida Bar No: 813249

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 99014947 11

ALBERT H. BOLLING,

    Plaintiff,

vs.   Florida Bar No.: 313300

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE RINALDI,
Jointly and Severally.

    Defendant.
_____/

AUG 25 1999

A TRUE COPY
ROBERT E. LOCKWOOD

## ~~AMENDED~~ COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, ALBERT H. BOLLING, by and through his undersigned counsel and hereby sues Defendants, CITY OF MIRAMAR, VICKI COCEANO, JAMES LIND, BRUCE KEESLING and MIKE RINALDI for damages and states as follows:

1. This is a an for damages in excess of $15,000 exclusive of costs and is within the jurisdiction of this Court.

2. That the acts complained of occurred in Broward County, Florida and venue lies in this Court.

3. That the Plaintiff is sui juris and a resident of Broward County, Florida.

4. That Defendant, City of Miramar, is an incorporated municipality located in Broward County, Florida.

5. That Defendant, Vicki Coceano, is the elected mayor of the City of Miramar.

EXHIBIT A

6. That Defendant, James Lind, was at all times material a police officer for the City of Miramar.

7. That Defendant, Bruce Keesling, was at all times material a police officer for the City of Miramar.

8. That Defendant, Mike Rinaldi, was at all times material a police officer with the City of Miramar.

## FACTS COMMON TO ALL COUNTS

9. That on or about the 27th day of August 1995, Plaintiff was arrested by Defendants Lind, Keesling and Rinaldi for carrying a concealed firearm and grand theft from a building site.

10. The arrest was illegal and made without the existence of probable cause but was made for the purpose of establishing a legal basis for forfeiture of his "paid for" 1990 Ford pickup truck for their personal benefit and the benefit of the City of Miramar.

11. The Plaintiff was incarcerated, required to post bail, hire an attorney and otherwise expend money, time and attention to his defense.

12. The Plaintiff was tried on or about the 15th of December 1995 and was acquitted of all charges.

13. The acts of the Defendants, individually and jointly in concert with each other, were malicious and deliberate and were made with the intent of causing the Plaintiff harm.

14. Plaintiff has been directly injured by the Defendants financially, psychologically, emotionally, and said injuries are permanent in nature.

2

15. All predicate acts to the filing of this suit have been met or waived.

16. That the Plaintiff has retained the undersigned counsel to prosecute this action and if obligate to pay a reasonable fee for the professional services.

## COUNT I

### VIOLATION OF CIVIL RIGHTS

17. That paragraphs 1 through 16 are adopted and reincorporated herein.

18. That the arrest and incarnation and prosecution of Plaintiff by the City of Miramar and its agents was in violation of his civil rights as provided for under 42 United States Code Section 1983.

19. That Plaintiff suffered damages to his person and reputation as a direct result of Defendants' wrongful actions.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for compensatory and punitive damages, court costs and a reasonable attorneys fee.

## COUNT II

### BATTERY

20. Paragraphs 1 through 16 are adopted and reincorporated herein.

21. That in the course of Plaintiff's arrest and incarceration, Defendants actually and intentionally touched him against his will in violation of Florida Statute 784.03.

3

22. That the Plaintiff suffered damages as a direct result of the Defendants' wrongful actions.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for compensatory and punitive damages, prejudgment interest and court costs.

## COUNT III

### FALSE ARREST AND IMPRISONMENT

23. Paragraphs 1-16 are adopted and reincorporated herein.

24. That the Defendants falsely arrested and imprisoned Plaintiff in violation of Florida Statute 787.01.

25. That the Defendants falsely arrested the Plaintiff in order to seize his truck and forfeit it to the City of Miramar.

26. That as a direct result of Defendants' wrongful actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for compensatory and punitive damages, prejudgment interest and court costs.

TRIAL BY JURY IS DEMANDED FOR ALL ISSUES SO TRIABLE AS A MATTER OF LAW.

LAW OFFICES OF SHELDON ZIPKIN, P.A.
2020 NE 163rd STREET, STE. #300
N. Miami Beach, FL 33162
954-525-5333    305-944-9100
Fax: (305) 940-3187

SHELDON ZIPKIN, ESQ.
Florida Bar No. 313300

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 99-014947

ALBERT H. BOLLING,

    Plaintiff,

vs.

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE RINALDI,
Jointly and Severally.

    Defendant.
_____/

RECEIVED
DEC 2 1999

12/15/99
9:40 AM
Ray J. HEBE
SPS #074

SUMMONS: PERSONAL SERVICE ON A NATURAL PERSON

TO:  SGT. BRUCE KEESLING, I.D. 88
     8915 Miramar Parkway
     Miramar, FL 33025

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:
                        Broward County Courthouse
                        Clerk of Courts
                        201 SE 6th Street
                        Ft. Lauderdale, Florida
you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.
                        LAW OFFICES OF SHELDON ZIPKIN, P.A.
                        Attorneys for Plaintiff
                        2020 N.E. 163 Street
                        Suite 300
                        North Miami Beach, FL 33162

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 99-014947

ALBERT H. BOLLING,

    Plaintiff,

vs.

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE RINALDI,
Jointly and Severally.

    Defendant.
_____/

SUMMONS: PERSONAL SERVICE ON A NATURAL PERSON

TO:  OFFICER JAMES LIND, ID 131
      8915 Miramar Parkway
      Miramar, FL 33025

## IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:
                        Broward County Courthouse
                        Clerk of Courts
                        201 SE 6th Street
                        Ft. Lauderdale, Florida
you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.
                        LAW OFFICES OF SHELDON ZIPKIN, P.A.
                        Attorneys for Plaintiff
                        2020 N.E. 163 Street
                        Suite 300

CITY MANAGER'S OFFICE

99 DEC 17 AM 8:32

ALBERT H. BOLLING,

    Plaintiff,

vs.

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE RINALDI,
Jointly and Severally.

    Defendant.
_____/

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 99-014947

12/16/99
8:30 pm
Raymond J. Hebert
SPS #074

12/17/99

**SUMMONS: PERSONAL SERVICE ON A NATURAL PERSON**

TO:  MAYOR, VICKI COCEANO
     City of Miramar
     6700 Miramar Parkway
     Miramar, FL 33023

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:
                        Broward County Courthouse
                        Clerk of Courts
                        201 SE 6th Street
                        Ft. Lauderdale, Florida
you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

                        LAW OFFICES OF SHELDON ZIPKIN, P.A.
                        Attorneys for Plaintiff
                        2020 N.E. 163 Street
                        Suite 300

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-6125
CIV-SEITZ
MAGISTRATE JUDGE
GARBER

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
ALBERT H. BOLLING

**DEFENDANTS**
CITY OF MIRAMAR, an Incorporated Municipality, VICKI COCEANO, JAMES LIND, BRUCE KESSLING and MIKE RINALDI, jointly and severally

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

A. Broward 0:00cv6125/Seitz/Garber

(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Sheldon Zipkin, 2020 NE 163 St, Ste 300, N. Miami Beach, FL, 305/944-9100

**ATTORNEYS (IF KNOWN)**
Mitchell J. Burnstein, 1132 SE 2nd Ave, Ft Lauderdale, FL, 954/763-4242

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION**: X 3 Federal Question

**IV. ORIGIN**: X 2 Removed from State Court

**V. NATURE OF SUIT**: Civil Rights - Other Civil Rights
42 USC §1983

**VI. CAUSE OF ACTION**:
28 U.S.C. §1441 and §1446 removal of a civil rights claim

**VII. REQUESTED IN COMPLAINT**: JURY DEMAND: X YES

**VIII. RELATED CASE(S) IF ANY**: JUDGE Hon. Patricia A. Seitz    DOCKET NUMBER 98-6945-CIV-SEITZ

**DATE**: 1/25/00

$150.00  816133
01/27/00