UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALBERT H. BOLLING,

    Plaintiff,

v.
                              CASE NO.: 00-6125-CIV-SEITZ
                              MAGISTRATE JUDGE GARBER

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and
severally,

    Defendants.
_____/

**NOTICE OF PRIOR SIMILAR ACTION**

    Defendants, City of Miramar, Vicki Coceano, James Lind, Bruce Kessling, and Mike Rinaldi, through counsel and pursuant to Rule 3.9, S.D. Fla. L.R., serve notice that the complaint presently pending in this Court has been re-filed without a substantial change in issue or parties after an order of dismissal was entered on March 19, 1999 by the Honorable Patricia A. Seitz in case number 98-6945-CIV-SEITZ.

<u>Certificate of Service</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 14th day of January, 2000, to Sheldon Zipkin, 2020 N.E. 163 Street, Suite 300, North Miami Beach, Florida, 33162.

        WEISS SEROTA HELFMAN
        PASTORIZA & GUEDES, P.A.
        Attorneys for Plaintiff
        1132 Southeast 2nd Avenue
        Ft. Lauderdale, FL 33316

        Telephone: (954) 763-4242
        Telecopier: (954) 764-7770

By: _____
        Edward G. Guedes
        Florida Bar No: 768103
        Mitchell J. Burnstein
        Florida Bar No: 813249