

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6125-CIV-SEITZ/GARBER

ALBERT H. BOLLING,

    Plaintiff,

vs.

CITY OF MIRAMAR, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION
## TO DISMISS WITHOUT PREJUDICE

THIS MATTER came before the Court on Defendants' Motion to Dismiss The Complaint [DE-3]. The Court has received Plaintiff's Opposition. After a review of the history of this case and related litigation, the Court finds that the Motion should be granted.

On September 3, 1998, Defendants removed Case No. 98-6945-civ to federal court. That complaint raised allegations nearly identical to those raised in this complaint. That case was assigned to the Honorable Kenneth L. Ryskamp. On November 5, 1998, Judge Ryskamp entered an order granting Defendants' Motion for a More Definite Statement and ordered Plaintiff to file an amended complaint within 20 days. The case was subsequently transferred to the undersigned. Plaintiff failed to file an amended complaint, and on March 19, 1999, the Court granted Defendants' Motion to Dismiss. On August 29, 1999, Plaintiff filed his current complaint in state court which Defendants promptly removed to this Court. Given that those allegations have not been amended in any substantial way, it is hereby

MAR  3 2000

Rec'd in MIA Dkt _____



ORDERED that Defendants' Motion to Dismiss The Complaint [DE-3] is GRANTED. The case is DISMISSED WITHOUT PREJUDICE. Plaintiff SHALL file an amended complaint **no later than March 20, 2000**. Failure to do so will result in the case being closed.

DONE AND ORDERED in Miami, Florida, this 28th day of February, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:  Sheldon Zipkin, Esq.
     Edward Guedes, Esq.