UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by JBD D.C.
JUL 0 6 2000
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

CASE NO. 00-6125-CIV-SEITZ/GARBER

ALBERT H. BOLLING,

    Plaintiff,

vs.

CITY OF MIRAMAR, et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court on Defendants' Motion to Dismiss the Amended Complaint [DE-8]. The Motion is filed on behalf of the City of Miramar and its mayor, individual Defendant Vicki Coceano.[1] No Opposition has been filed to this Motion. After a review of the papers filed in this matter and the Amended Complaint, the Court finds that the Motion to Dismiss should be granted.

This is essentially Plaintiff's fourth attempt to plead his case against the City and Ms. Coceano. Plaintiff's only allegation against Ms. Coceano is that she is the mayor of the City. (Am. Complaint ¶ 5). That allegation standing alone is not sufficient to state a claim against Ms. Coceano, individually, and a claim against her in her official capacity would be duplicative of the claim against the City. *See Kentucky, DBA Bureau of State Police v. Graham*, 473 U.S. 159, 166 (1985). Accordingly, it is hereby

ORDERED that Defendants' Motion to Dismiss the Amended Complaint [DE-8] is GRANTED. The Motion is GRANTED as to Defendant Coceano and the claims against her are

---

[1] The remaining individual defendants have filed answers to the Amended Complaint.



DISMISSED WITH PREJUDICE. The Motion is also GRANTED with respect to the City of Miramar, and those claims are DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Miami, Florida, this 5th day of July, 2000.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Sheldon Zipkin, Esq.
Edward Guedes, Esq.