UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

00 AUG 17 AM 9:34

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

ALBERT H. BOLLING,

    Plaintiff,

v.

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and
severally,

    Defendants.
_____/

CASE NO. 00-6125-CIV-SEITZ

MAGISTRATE JUDGE GARBER

## NOTICE OF CHANGE OF ADDRESS

**NOTICE IS HEREBY** GIVEN that, effective immediately, the undersigned counsel have relocated their Broward County office and are now located at:

    3111 Stirling Road, Suite B
    Fort Lauderdale, Florida 33312
    Telephone: (954) 763-4242
    Facsimile: (954) 764-7770

Please forward all further pleadings, correspondence and other documentation to the u undersigned at the above address. Note that the telephone and facsimile numbers have not changed.

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A.1

CASE NO. 00-6125-CIV-SEITZ

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail this _16_ day of August, 2000, to: Sheldon Zipkin, 2020 N.E. 163 Street, Suite 300, North Miami Beach, Florida 33162,

Respectfully submitted,

WEISS SEROTA HELFMAN
PASTORIZA & GUEDES, P.A.
Attorneys for Defendant
3111 Stirling Road, Suite B
Fort Lauderdale, Florida 33312
(954) 763-4242
(954) 764-7770

By: _____
Mitchell J. Burnstein
Florida Bar No.: 813249