UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALBERT H. BOLLING,

      Plaintiff,

v.

THE CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and
severally,

      Defendants
_____/

CASE NO. 00-6125- CIV-SEITZ

MAGISTRATE JUDGE GARBER



## DEFENDANTS' WITNESS LIST

Defendants, James Lind, Bruce Keesling and Mike Rinaldi, through counsel and pursuant to this Court's Order Setting Trial Date and Pretrial Deadlines entered on April 27, 2000, submits the names and addresses of fact witnesses whom Defendants intend to call at trial:

1. Officer James Lind
   Miramar Police Department
   8915 Miramar Parkway
   Miramar, FL 33023-4897

2. Sergeant Bruce Keesling
   Miramar Police Department
   8915 Miramar Parkway
   Miramar, FL 33023-4897

3. Officer Mike Rinaldi
   Miramar Police Department
   8915 Miramar Parkway
   Miramar, FL 33023-4897

4. Albert H. Bolling, Plaintiff

5. Paul Goldstein
   c/o Florida One Construction
   6001 S.W. 45th Street
   Davie, FL 33314

6. Valerie Conzo
   Broward County State Attorney's Office
   201 S.E. 6th Street
   Ft. Lauderdale, Fl 33301

7. Peter LaPorte
   Broward County State Attorney's Officce
   201 S.E. 6th Street
   Ft. Lauderdale, FL 33301

8. Mary V. Ferguson
   Broward Sheriff's Office
   2700 West Broward Boulevard
   Ft. Lauderdale, FL

9. Al Roman
   (address unknown)

10. All witnesses listed by plaintiff

11. All witnesses called for impeachment or rebuttal

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail on this 7th day of October, 2000 to Sheldon Zipkin, Esquire, Suite, 300, 2020 N.E. 163rd Street, North Miami, FL 33162.

WEISS SEROTA HELFMAN
PASTORIZA & GUEDES, P.A.
Attorneys for Defendant
3111 Stirling Road, Suite B
Ft. Lauderdale, FL 33312
Telephone No.: (954) 763-4242
Telecopier No.: (954) 764-7770

By: _____
Mitchell J. Burnstein
Florida Bar No. 813249

2

WEISS SEROTA HELFMAN PASTORIZA & GUEDES, P.A.
3111 STIRLING ROAD, SUITE B, FORT LAUDERDALE, FLORIDA 33312 • TEL. (954) 763-4242 • FAX (954) 764-7770