UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALBERT H. BOLLING,

      Plaintiff,

vs.

                     CASE NO. 006125-CIV-SEITZ

CITY OF MIRAMAR, an
Incorporated Municipality,      MAGISTRATE JUDGE GARBER
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and
MIKE RINALDI, Jointly
and Severally.

      Defendant.
_____/



## NOTICE OF MEDIATION

NOTICE IS HEREBY GIVEN that Mediation in the above-styled cause, will be held at the offices in front of Theodore Klein, Esq., at Bierman, Shohat, Loewy and Klein, at 800 Brickel Avenue, Penthouse 2, Miami, FL 33131-2911, at 1:00 pm on Tuesday, December 12, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of December 2000 to:

Mitchell J. Burnstein, Esq.
Weiss, Serota et al
3111 Stirling Road, Suite B
Ft. Lauderdale, FL 33312
Fax:  954-764-7770

Theodore Klein, Esq.
Bierman, Shohat et al
800 Brickell Avenue
Penthouse 2
Miami, FL  33131-2911
Fax:  305-358-4010

                    LAW OFFICES OF SHELDON ZIPKIN, P.A.
                    2020 NE 163rd STREET, STE. #300

NON-COMPLIANCE OF S.D. fla. L.R. 5.1B
NON-COMPLIANCE OF S.D. fla. L.R. 5.1A

DEC - 7 2000

Rec'd in MIA Dkt _____

#17

N. Miami Beach, FL 33162
954-825-5333
305-944-9100
305-940-3187 Fax

By: _____
    SHELDON ZIPKIN, ESQ.
    Florida Bar No. 313300