UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 00-6125-CIV-SEITZ/GARBER

ALBERT H. BOLLING,

    Plaintiff,

v.                                             **MEDIATION REPORT**

CITY OF MIRAMAR, an
Incorporation Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and severally,

    Defendants.

_____/

    Pursuant to the Court Order for Mediation, a mediation conference was held on the 12th day of December, 2000.

    The following were present:

✓  1.  All Plaintiffs and Plaintiff's trial counsel.

___  2.  If Plaintiff is not an individual, the representative who appeared had total authority.

✓  3.  All Defendants and defense trial counsel.

___  4.  If Defendant is not an individual, the representative who appeared had total authority.

THE RESULT OF THE MEDIATION CONFERENCE IS AS FOLLOWS:

___  The conflict has been completely resolved. The parties are submitting a stipulation and/or Notice of Dismissal.

___  The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval.

✓  The parties have reached an impasse; all issues require Court action.

1

___ The matter has been recessed for further mediation.

___ Other:_____
_____
_____
_____

Date: December 13, 2000.

_____
THEODORE KLEIN, ESQ., Certified Mediator
800 Brickell Avenue, Penthouse Two
Miami, Florida 33131
Telephone: (305)358-7000
Telefax: (305)358-4010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered this 13th day of December, 2000 to the following:

Mitchell J. Burnstein, Esq.
Weiss, Serota et al.
3111 Stirling Road, Suite B
Ft. Lauderdale, FL 33312

Sheldon Zipkin, P.A.
2020 N.E. 163 Street, Suite 300
North Miami Beach, FL 33162

_____
THEODORE KLEIN