UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALBERT H. BOLLING,

    Plaintiff,

v.                                           CASE NO.: 00-6125-CIV-SEITZ

CITY OF MIRAMAR, an                          MAGISTRATE JUDGE: GARBER
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and
severally,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE PRETRIAL MOTION**

    Defendants, James Lind, Bruce Kessling, and Mike Rinaldi ("Defendants"), through counsel and pursuant to Rule 7.1, S.D. Fla. L.R., respectfully request that this Court enter an order extending the deadline for filing dispositive pretrial motions and memoranda of law.[1]  In support of their motion, Defendants state:

    1.  On April 27, 2000, this Court entered an Order Setting Trial Date and Pretrial Deadlines and Order of Referral to Magistrate.  Pursuant to the Order, the deadline for the parties to file dispositive pretrial motions is December 15, 2000.

2. The Plaintiff's deposition was recently taken after twice being rescheduled. Counsel for Defendants has ordered the transcript of Plaintiff's deposition for the purpose of filing a motion for entry of summary judgment, but the transcript has not yet arrived.

3. The transcript of Plaintiff's deposition is necessary for the Defendants to file a motion for entry of summary judgment. Accordingly, Defendants request a short extension of the deadline for filing their motion.

4. Trial of this matter is scheduled for April 2001. A short extension of the deadline for filing dispositive motions will not interrupt the remaining pretrial deadlines.

5. Counsel for Plaintiff has no objection to Defendants' request for a 20 day extension. This motion is not being filed for the purpose of causing prejudice or undue delay.

WHEREFORE, Defendants respectfully request that this Court enter an order allowing the parties an additional 20 days to file dispositive pretrial motions.

---

[1] The City of Miramar and Vicki Coceano have been dismissed as Defendants by this Court's Order Granting Motion to Dismiss,

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 16th day of December, 2000, to Sheldon Zipkin, 2020 N.E. 163 Street, Suite 300, North Miami Beach, Florida, 33162.

WEISS SEROTA HELFMAN
PASTORIZA & GUEDES, P.A.
Attorneys for Plaintiff
3111 Stirling Road, Suite B
Ft. Lauderdale, FL 33312

Telephone: (954) 763-4242
Telecopier: (954) 764-7770

By: _____
Mitchell J. Burnstein
Florida Bar No: 813249

entered on July 5, 2000.

WEISS SEROTA HELFMAN PASTORIZA & GUEDES, P.A.
3111 STIRLING ROAD, SUITE B, FORT LAUDERDALE, FLORIDA 33312 • TEL. (954) 763-4242 • FAX (954) 764-7770