UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



ALBERT H. BOLLING,

    Plaintiff,

v.

CITY OF MIRAMAR, an
Incorporated Municipality,
VICKI COCEANO, JAMES LIND,
BRUCE KESSLING and MIKE
RINALDI, jointly and
severally,

    Defendants.
_____/

CASE NO.: 00-6125-CIV-SEITZ

MAGISTRATE JUDGE: GARBER

### ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

THIS CAUSE came before the court upon Defendants' Motion for an Extension of Time to File a Dispositive Pretrial Motion, and the Court having reviewed the Motion, and being fully advised in the premises, it is

ORDERED and ADJUDGED that Defendants' motion is hereby GRANTED. The parties shall have an additional twenty (20) days from the December 15, 2000 deadline imposed by this Court's Order Setting Trial Date and Pretrial Deadlines to file dispositive pretrial motions.



**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR AN**
**EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

DONE and ORDERED, in Chambers at the United States Courthouse, Miami, Miami-Dade County, Florida, this 28th day of December, 2000.

_____
U.S. DISTRICT COURT JUDGE

Copies Furnished to:

Mitchell J. Burnstein, Esq.
Sheldon Zipkin, Esq.