UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALBERT H. BOLLING,

    Plaintiff,

v.                                  CASE NO. 00-6125-CIV-SEITZ

CITY OF MIRAMAR, an            MAGISTRATE JUDGE GARBER
Incorporated Municipality,
VICKI COCEANO, JAMES
LIND, BRUCE KEESLING and
MIKE RINALDI, jointly and
severally,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Albert H. Bolling, and Defendants, Bruce Keesling, James Lind, and Mike Rinaldi, through counsel and pursuant to Rule 41(a)(1), F.R.C.P., submit this Stipulation of Dismissal With Prejudice because all matters in controversy between them have been amicably resolved without any admission of wrongdoing or liability.[1] Each party is to bear its own costs and attorney's fees.

| | |
|---|---|
| LAW OFFICES OF SHELDON ZIPKIN, P.A. | WEISS SEROTA HELFMAN PASTORIZA & GUEDES, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2020 N.E. 163rd St., Suite 300 | 3111 Stirling Road, Suite B |
| North Miami Beach, FL 33162 | Ft. Lauderdale, FL 33312 |
| Telephone: (305) 944-9100 | Telephone: (954) 763-4242 |
| Telecopier: (305) 940-3187 | Telecopier: (954) 764-7770 |

By: _____ dated: 29 January 2001    By: _____ dated: 2-7-00
Sheldon Zipkin                                        Mitchell J. Burnstein
Florida Bar No. 313300                            Florida Bar No. 813249

---

[1] Defendants, City of Miramar and Vicki Coceano, were previously dismissed by this Court's Order Granting Motion to Dismiss entered on July 5, 2000.

NON-COMPLIANCE OF S.D. Fla. L.R. 5/A/