UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6125-CIV-SEITZ/GARBER



ALBERT BOLLING,

    Plaintiff,

v.

CITY OF MIRAMAR, *et al.*,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Notice of Dismissal, filed February 22, 2001. Upon due consideration and pursuant to FED. R. CIV. P. 41(a), it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 27th day of February, 2001.

                        PATRICIA A. SEITZ
                        UNITED STATES DISTRICT JUDGE

Copy to:
Sheldon Zipkin, Esq.
Mitchell Bernstein, Esq.

SCANNED

